IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-03336-RBJ

GLADIS CASTANEDA, on her own behalf and on behalf of all others similarly situated,

    Plaintiff,

v.

EL PADRINO, INC. and BHAGU PATEL,

    Defendants.

---

### ORDER OF RECUSAL

---

    I hereby recuse myself from further participation in this case and returns the case to the Clerk's Office for reassignment.

    DATED this 5th day of April, 2013.

BY THE COURT:

*/s/ Brooke Jackson*

_____
R. Brooke Jackson
United States District Judge