IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   12-cv-03336-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:                October 24, 2013 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                                   *Counsel:*

GLADIS CASTANEDA,                                                  Brandt P. Milstein

     Plaintiff,

v.

EL PADRINO, INC., *et al.*,                                              Joaquin G. Padilla

     Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   STATUS/SCHEDULING CONFERENCE**
**Court in session:      9:15 a.m.**
Court calls case.  Appearances of counsel.

The court addresses counsel regarding its previous Order directing that all discovery should be completed by today's date and the parties' failure to comply.  Discussion held regarding the discovery propounded thus far by the parties.

**ORDERED:**        **Order to Show Cause issued**.  Counsel for both parties are to show cause why they should not be sanctioned for their inability to pursue discovery in a cooperative and cordial manner and for their failure to complete discovery by October 24, 2013 as ordered by the court.  Each party shall respond to the Order to Show Cause attaching any emails, correspondence, and communication with opposing counsel that defends or substantiates one's version of events.  The parties shall file their Response **no later than November 7, 2013.**

The court reviews Plaintiff's pending Motion for Protective Order [Doc. No. 45], noting a Response is not necessary, and addresses counsel regarding their behavior.  The court reviews the transcript of Ms. Castaneda's deposition and cites case law related to attorney behavior.

**ORDERED:**        Unless and until otherwise instructed, the court will require counsel to submit to the court for review transcripts of all previous depositions that have been taken to date and will require the parties to provide transcripts of any future depositions in this case.

The court will hold in abeyance any question of sanctions and notes it will not appoint a special master at this time.

**ORDERED:**     Plaintiff's Motion for Protective Order [Doc. No. 45, filed 10/21/2013] is **DENIED**.

HEARING CONCLUDED.
**Court in recess:     10:03 a.m.**
Total time in court:   00:48

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.