**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03336-CMA-CBS

GLADIS CASTANEDA, on her own behalf and
on behalf of all others similarly situated,

    Plaintiff,

v.

EL PADRINO, INC., and
BHAGU PATEL,

    Defendants.

---

## ORDER FOR ADMINISTRATIVE CLOSURE

---

This matter is before the Court on the parties' Stipulation to Administratively Close Case (Doc. # 55). The Court having reviewed the Stipulation, and being otherwise advised, hereby ORDERS:

1. The Clerk of the Court is directed to ADMINISTRATIVELY CLOSE the above-referenced civil action WITHOUT PREJUDICE pursuant to D.C.Colo.LCivR 41.2.

2. The parties are DIRECTED to file **either** a status report or a Stipulation of Dismissal **no later than October 7, 2014.**

DATED: February  24 , 2014

                                                        BY THE COURT:

                                                        _____
                                                        CHRISTINE M. ARGUELLO
                                                        United States District Judge