**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-03336-CMA-CBS

GLADIS CASTANEDA, on her own behalf and
on behalf of all others similarly situated,

    Plaintiff,

v.

EL PADRINO, INC., and
BHAGU PATEL,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation for Dismissal With Prejudice (Doc. # 57), signed by the attorneys for the parties hereto, it is

ORDERED that Plaintiff's claims against Defendants El Padrino, Inc. and Bhagu Patel are dismissed with prejudice, each party to pay his, her or its own attorney fees and costs, except as provided in the parties' Settlement Agreement. This case is hereby DISMISSED WITH PREJUDICE.

DATED: September __12__, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge